1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

MICHAEL DALE WILLIAMS,

11

Plaintiff,

12

v.

13

KEVIN STOCK, et al.,

14

Defendant.

CASE NO. 3:21-CV-5538-JLR-DWC

REPORT AND RECOMMENDATION

Noting Date: November 26, 2021

15

16

17

18

19

20

21

22

23

24

The District Court referred this action to United States Magistrate Judge David W. Christel. Plaintiff Michael Dale Williams, proceeding *pro se*, filed this civil rights complaint under 42 U.S.C. § 1983. On September 27, 2021, the Court screened Plaintiff's proposed complaint. Dkt. 7 (Order to Show Cause). The Court declined to serve the proposed complaint due to deficiencies and directed Plaintiff to show cause why this Court should not recommend this case be dismissed as *Heck* barred and for failure to name a proper defendant. *Id.* Plaintiff was directed to respond to the Order to Show Cause on or before October 27, 2021. *Id*. The Court warned Plaintiff that if he failed to respond to the Order to Show Cause the undersigned would recommend dismissal of this action. *Id*. at 5.

1      Plaintiff has failed to comply with the Court's Order to Show Cause. He has not filed a

2   response to the Order to Show Cause. In fact, he has not filed anything with the Court since

3   filing an Application to Proceed *In Forma Pauperis* and his prison trust account statement on

4   August 18, 2021. *See* Dkt. 4, 5. Further, as discussed in the Order to Show Cause, the claims

5   alleged in the proposed complaint are barred by *Heck v. Humphrey*, 512 U.S 477 (1994). *See* Dkt.

6   7. Additionally, Plaintiff has failed to name a defendant who can be held liable in this case. *See*

7   *id*. Therefore, the Court recommends this case be dismissed without prejudice for failure to

8   follow a Court order and failure to state a claim upon which relief can be granted. The Court also

9   recommends Plaintiff's Applications to Proceed *In Forma Pauperis* (Dkt. 1, 4) be denied as

10   moot.

11      As Plaintiff failed to state a claim upon which relief can be granted in the proposed

12   complaint, the Court finds this case should be considered a "strike" under 28 U.S.C. § 1915(g).

13      Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

14   Procedure, the parties shall have fourteen (14) days from service of this Report to file written

15   objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those

16   objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time

17   limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on

18   November 26, 2021, as noted in the caption.

19      Dated this 9th day of November, 2021.

20

21                                               David W. Christel

22                                               United States Magistrate Judge

23

24

REPORT AND RECOMMENDATION - 2