UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL DALE WILLIAMS,

                    Plaintiff,

    v.

KEVIN STOCK, et al.,

                    Defendants.

No.  3:21-CV-5538-JLR-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's claims are dismissed without prejudice for failure to state a claim upon which relief can be granted and for failure to comply with a Court order. Plaintiff's . Applications to Proceed *In Forma Pauperis* (Dkt. 1, 4) are denied as moot.

(3)    As Plaintiff failed to state a claim upon which relief can be granted, the Court finds this case is a "strike" under 28 U.S.C. § 1915(g).

(4)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 17ᵗʰ day of ~~enter a date~~. December 2021

_____
~~Choose a Judge~~ James L. Robart
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1